# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-00456-HG-RT |
| CASE NAME: | Ally Bank, et al., vs. Bayview Auto Sales, Inc., et al., |
| ATTY FOR PLTF: | Andrew S. Elliott |
| ATTY FOR DEFT: | Francis R. Alcain |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record / ZOOM (SEALED) |
| DATE: | 7/16/2024 | TIME: | No Record: 10:00 AM – 12:36 PM<br>SEALED: 12:37 PM – 12:53 PM |

COURT ACTION: EP:   CONFIDENTIAL EARLY SETTLEMENT CONFERENCE / **SETTLEMENT ON RECORD** had on 7/16/2024.

Others Present:

  Christopher Kelly, Authorized Representative of Plaintiffs Ally Bank and Ally Financial Inc.

  Edward J. Shaughnessy, Defendant and Authorized Representative of Defendant Bayview Auto Sales, Inc.

**Confidential Settlement Conference (No Record: 10:00 AM – 12:36 PM):**

Discussion had. Settlement achieved. Settlement placed on record.

**Confidential Settlement On The Record (SEALED: 12:37 PM – 12:53 PM)**

The Court recited the material and essential terms of settlement. Parties, individually and through counsel, **confirmed and consented** to the settlement terms as recited.

Court finds the essential terms of a **binding and enforceable settlement** have been set forth in the record of this case.

Settlement **terms** to remain **confidential**. The audio recording and transcript of this hearing shall be sealed. Counsel and the parties, however, shall be permitted to request and obtain a transcript without further court order.

As settlement contemplates a 13-month period of performance, this Court anticipates it will recommend that the district judge permit all dates/deadlines be vacated and that this case be administratively closed following a Telephone Conference scheduled for 8/7/2024 before Magistrate Judge Trader.  The purpose of this conference will be to:

    1) verify that the key settlement documents have been executed;

    2) set a deadline for submission of the stipulation to dismiss;

    3) vacate dates and deadlines before the district judge;

    4) administratively close the case to permit the parties to perform their settlement obligations;

    5) schedule periodic telephone conferences (every 6 months) to monitor progress; and

    6) set deadlines for periodic joint status reports.

At the present time, the Court confirms all dates and deadlines before District Judge Gillmor **REMAIN**.

All dates and deadlines before Magistrate Judge Trader are **VACATED**.

To monitor the status, Court sets a **Confidential Telephone Conference** for **8/7/24 at 1:00 p.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number: 1-833-568-8864 (toll-free).
Meeting ID:     161 5641 6035.

*Submitted by: Anjelica Barker, Courtroom Manager*